Herbert **MEYER**, Trustee, Appellant,

v.

**C & H TRADING CORP.**, Bankrupt, Appellee.

No. 189, Docket 24364.

United States Court of Appeals Second Circuit.

Argued Feb. 5, 1957.

Decided Feb. 25, 1957.

Chester A. Lessler, New York City, for appellant.

No appearance for appellee.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

Affirmed on the memorandum-opinion of District Judge Weinfeld.